# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD HAIRSTON,<br>    *Plaintiff,*<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.,*<br>    *Defendants.* | 2:11-cv-01632-JCM-RJJ<br><br>ORDER |

Court mail has been returned from the last institutional address given by plaintiff with a notation reflecting that plaintiff is not at the address. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with Local Rule LSR 2-2, which requires that he immediately file written notification of any change of address,

IT IS ORDERED that this action shall be DISMISSED without prejudice.

The clerk of court shall enter final judgment accordingly.

DATED: January 6, 2012.

_____
JAMES C. MAHAN
United States District Judge